IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISON

|  |  |  |
|---|---|---|
| **HENRY L. WILLIAMS,** | ) | Case No.  **C-1-02-533** |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | **Judge Beckwith** |
| **v.** | ) |  |
|  | ) | **DEFENDANTS' DISCLOSURE OF** |
| **MILTON CAN COMPANY, INC., and** | ) | **EXPERT WITNESSES** |
| **BWAY MANUFACTURING, INC.** | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

Pursuant to this Court's Preliminary Pretrial Conference Order, Defendants' counsel hereby lists the following expert witnesses:

1.    Richard Hayes
      Hayes Environmental Services, Inc.
      3242 Executive Parkway
      Suite 208
      Toledo, Ohio 43606

2.    Timothy R. Roberts/Tamara T. McCanty
      Safety Alliance
      8324 White Hill
      West Chester, Ohio 45069

3.    Patricia A. Gribben, OTR/L
      Philip L. Zaacks, M.D., DABPM
      Pain Care Institute Ltd.
      10597 Montegomery Road, #100
      Cincinnati, Ohio 45242

4.    Thomas A. Bender, M.D.
      3345 Whitefield Avenue
      Cincinnati, Ohio 45220

5.     Joel I. Sorger, M.D.
       222 Piedmont Ave., #2200
       Cincinnati, Ohio 45219-4238

6.     Bruce Bracken, M.D.
       222 Piedmont Ave., #7000
       Cincinnati, Ohio 45219-4224

7.     Treatment Physicians at NOVACARE PHYSICAL THERAPY
       8220 Northcreek Dr., #200
       Cincinnati, Ohio 45236-2295

8.     Treating Physicians at BLUE ASH NURSING HOME
       4900 Cooper Road
       Cincinnati, Ohio 45242-6915

9.     Treating Physicians at UNIVERSITY HOSPITAL
       234 Goodman Street
       Cincinnati, Ohio 45267

Defendants reserve the right to call any witnesses identified during discovery or identified by Plaintiff. Defendants reserve the right to supplement as discovery progresses.


                              Respectfully submitted,



                              _____
                              J. L. Sallee, Jr. (0030437)
                              David D. Black (0063715)
                              DINSMORE & SHOHL
                              1900 Chemed Center
                              255 East Fifth Street
                              Cincinnati, Ohio 45202
                              Trial Attorneys for Defendants
                              Milton Can Company, Inc. and
                              BWAY Manufacturing, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served by ordinary U.S. Mail upon Plaintiff's attorneys, William P. Allen and Patrick W. Allen, CASPER & CASPER, One North Main Street, P.O. Box 510, Middletown, Ohio 45042, this 19th day of September, 2003.

David D. Black