

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| HENRY WILLIAMS | * | Case No. C-1-02-533 |
| Plaintiff, | * | Judge Beckwith |
| vs. | * | |
| MILTON CAN COMPANY, INC. and BWAY MANUFACTURING | * | JOINT MOTION AND MEMORANDUM FOR NEW SCHEDLUING ORDER AND CONTINUANCE OF TRIAL DATE |
| Defendants. | | |

Now comes the Plaintiff, Henry Williams, through attorney, William P. Allen and Defendant, Milton Can Company, Inc, and BWay Manufacturing, through attorney, David D. Black and respectfully requests a continuance of the trial in this matter, which has been scheduled for May 12, 2004. The parties also seek a new scheduling order in this matter.

### MEMORANDUM

The parties have sought to continue the trial and scheduling order in this matter. The reason for the continuance is because depositions were just recently conducted and additional time is needed for discovery purposes. Both parties agree that it would be in their client's best interest to continue the matter until discovery is completed. Therefore it is respectfully requested that the trial and scheduling order be continued to a later date.

William P. Allen (#0064046)
CASPER & CASPER
One North Main Street
P.O. Box 510
Middletown, Ohio 45042
(513) 424-1347

David D. Black, Esq.
DINSMORE & SHOHL
255 East Fifth Street
Suite 1900
Cincinnati, Ohio 45200
(513) 977-8200

1

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing has been served upon Davis Black, Esq., DINSMORE & SHOHL, 1900 Chemed Center, 255 East Fifth Street, Cincinnati, Ohio 45202 by ordinary United States mail, postage prepaid, this 12th day of December 2003.

William P. Allen   #0064046
Attorney for Plaintiff