J:\CRUMBA\FORMS\CALENDAR\2002\02-533.WPD

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Henry L. Williams,
    Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No. C-1-02-533
　　　　　　　　　　　　　　　　　　　　(Beckwith, J.; Hogan, M.J.)
Milton Can Company, Inc., et al.,
    Defendants.

_____

**ORDER**

_____

This case is before the court pursuant a joint motion by the parties to continue their trial date and for a new scheduling order (Doc. 15). For good cause shown, the motion is **GRANTED.**

Additionally, the parties will submit a revised Rule 26(f) report five (5) days prior to the scheduling conference as set below before the Honorable Timothy S. Hogan on:

        Thursday, January 22, 2004, at 11:00 am
        Room 706 Potter Stewart U.S. Courthouse

It is so ordered.


 12/24/2003                         s/Timothy S. Hogan
Date                            Timothy S. Hogan
                                United States Magistrate Judge

cc:   All Counsel
bac
J:\CRUMBA\FORMS\CALENDAR\2002\02-533.WPD