J:\CRUMBA\FORMS\CALENDAR\2002\02-533.WPD

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Henry L. Williams,
    Plaintiff,

    v.                                  Case No. C-1-02-533
                                             (Beckwith, J.; Hogan, M.J.)

Milton Can Company, Inc., et al.,
    Defendants.

_____

## CALENDAR ORDER

This calendar order shall proceed as follows:

1. Discovery deadline: **May 3, 2004**

2. Dispositive motions deadline: **July 5, 2004**

3. Final pretrial conference: **November 2004\***

4. Trial: **December 2004\***


   1/22/2004                                  s/Timothy S. Hogan
Date                                      Timothy S. Hogan

bac     January 22, 2004                   United States Magistrate Judge
\*The specific dates will be assigned by the District Court.
J:\CRUMBA\FORMS\CALENDAR\2002\02-533.WPD