IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISON

| | |
|---|---|
| **HENRY L. WILLIAMS,** | Case No. C-1-02-533 |
| Plaintiff, | |
| | Judge Beckwith |
| v. | |
| **MILTON CAN COMPANY, INC.,** and **BWAY MANUFACTURING, INC.** | AGREED ENTRY EXTENDING CERTAIN DEADLINES |
| Defendants. | |

Upon agreement of the parties and for good cause shown, IT IS HEREBY ORDERED that the following deadlines be established:

1. Dispositive motion deadline - September 30, 2004

2. Final Pretrial Conference - February 2005*

3. Trial - March 2005*

Dated: 6/30/04

*The specific dates will be assigned by the District Court

_____
Judge Beckwith

AGREED TO BY:

_____
David D. Black, Esq.
DINSMORE & SHOHL LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202
(513) 977-8200
Trial Attorney for Defendant
Milton Can Company, Inc. and
BWAY Manufacturing, Inc.

_____
William P. Allen, Esq.    per telephone 6/30/04
CASPER & CASPER
One North Main Street
P.O. Box 510
Middletown, Ohio 45042
(513) 381-7096
Trial Attorney for Plaintiff