1          IN THE UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF OHIO
2                  WESTERN DIVISION

3
                     - - -                   **ORIGINAL**
4    HENRY L. WILLIAMS,          :
                                 :
5               Plaintiff,       :
                                 :
6    vs.                         :   CASE NO. C-1-02-533
                                 :
7    MILTON CAN COMPANY, INC.,   :
     and BWAY MANUFACTURING,     :
8    INC.,                       :
                                 :
9               Defendants.      :
                     - - -

10

11

12          Deposition of HENRY L. WILLIAMS, a witness

13    herein, taken by the defendants as upon

14    cross-examination pursuant to the Ohio Rules of

15    Civil Procedure, and pursuant to notice and

16    stipulations hereinafter set forth, at the

17    offices of Casper & Casper, 119 East Court

18    Street, Cincinnati, Ohio, at 10:00 a.m., on

19    Thursday, October 30th, 2003, before Kelly Green,

20    RPR, a Notary Public within and for the State of

21    Ohio.
                     - - -
22

23                  On-Time Reporting
                    8739 Landen Drive
24              Maineville, Ohio  45039
                   (513) 677-6188


EXHIBIT
A

```
1            A.    Right.
2            Q.    And you continued to drive your car?
3            A.    Right.
4            Q.    And since that time, your Ohio
5    driver's license has never been suspended?
6            A.    No.
7            Q.    And you mentioned you were licensed
8    to operate a forklift truck.  Is that through
9    BWAY?
10           A.    Yes.  Well, it wasn't through BWAY.
11   It started out through Heekin.
12           Q.    And Heekin owned the plant that BWAY
13   now owns?
14           A.    Yes.
15           Q.    I understand that you used to be a
16   boxer?
17           A.    Yes.
18           Q.    What can you tell me about that?
19           A.    My career started when I was 16, and
20   I was pretty good in local -- I won the
21   championship in the city about five times, and I
22   won the nationals once.
23           Q.    Is this all as an amateur?
24           A.    Yes.  I had over 300 fights.  That's
```

1           A.      Okay.

2           Q.      Can you tell me about your

3    employment history, starting with the first place

4    that you worked full-time?

5           A.      First place I worked was Dunham

6    Hospital.

7           Q.      How do you spell that for me?

8           A.      Dunham, D-U-N-O -- I mean N-O-T or

9    something.   Dunham Hospital.   That's what it was.

10          Q.      And what did you do there?

11          A.      I worked in the storeroom.

12          Q.      How long did you work there?

13          A.      I worked there for about three

14   years.   I quit that job, more or less -- I met

15   the Heekins, and they -- it was -- I met them at

16   a banquet, and they offered me a job, more or

17   less, and I went to work for them in 1969.

18          Q.      So your first job after high school

19   -- your first full-time job was working at the

20   hospital in the storeroom?

21          A.      Right.

22          Q.      And then you met the Heekins at a

23   banquet, and they offered you a job, and you

24   started working at the Heekin...

25

ON-TIME REPORTING

1          A.    Downtown plant.  I worked downtown

2    for about three -- two months in '99, and then

3    they --

4          Q.    In 1969?

5          A.    '69.  Then they told me I wasn't

6    supposed to be there.  I was supposed to be at

7    the plant in Newtown.

8          Q.    And were you eventually moved to the

9    plant in Newtown?

10         A.    Yes.  I went to Newtown, and I

11   started work out there.

12         Q.    The first couple months you worked

13   at the downtown plant, what did they have you

14   doing down there?

15         A.    I worked at hand assembly.

16         Q.    What were you supposed to do in hand

17   assembly?

18         A.    Well, just mainly worked on large

19   cans and coolers.

20         Q.    What was your job; what were you

21   supposed to do; do you recall?

22         A.    Well, I done things like put the

23   cans together as well as stack the cans and stuff

24   like that and put them on an elevator, and it was

26

1    almost like they had a hand truck that I would

2    put them on the elevator with.

3         Q.    When you went to the Newtown plant,

4    what did they have you doing there?

5         A.    Hand assembly.  That's more or less

6    what I just told you.

7         Q.    So the same thing you did at the

8    downtown plant you did at the Newtown plant?

9         A.    Oh, at the Newtown plant?  No.  The

10   first job I had at the Newtown plant, I was

11   working -- a can line examiner.  They had two big

12   ovens that they had guys sitting on; and the cans

13   would run through the oven, and I would pick out

14   the bad cans and stuff like that.  I done that

15   for about two to three years.  Then I bid on

16   another job they had as a seamer feeder.

17        Q.    The plant in Newtown, is that on

18   Broadwell Road?

19        A.    Yes, it is.

20        Q.    So you worked as a can line examiner

21   for two to three years, and then you bid on a job

22   as seamer feeder?

23        A.    Yes.

24        Q.    And did you get that position?

27

ON-TIME REPORTING

1      A.    Yes.

2      Q.    What's a seamer feeder; what do they

3  do?

4      A.    A seamer feeder was the guy that put

5  the ends on the can.

6      Q.    What type of cans were you working

7  with at this time?

8      A.    At this time, I was working on

9  aerosol cans as well as dog food cans and people

10  food.

11      Q.    Like soup cans?

12      A.    Soup cans.  Well, they manufactured

13  every can you could think about, you know, back

14  then.

15      Q.    And how long were you a seamer

16  feeder?

17      A.    I done that job for about four or

18  five years.

19      Q.    What was the next position that you

20  held?

21      A.    (No response.)

22      Q.    I assume you're still at BWAY?

23      A.    Yes.

24      Q.    Or Heekin?

28

1       A.      Yes.

2       Q.      Or Milton or whatever name --

3       A.      Heekin.

4       Q.      -- it went by at the time --

5       A.      Yes.

6       Q.      -- you're still at the same

7    location?

8       A.      Right.  One year I went into

9    cleanup, more or less.  It was more money.

10       Q.      What did you do in cleanup; what

11    were some of your job responsibilities?

12       A.      Just more or less clean up around

13    the body makers and keep the whole area clean as

14    far as cleaning the grease and stuff like that

15    off the floor and stuff like that.

16               And then I went to another job

17    pertaining to quality control, salvage.  I worked

18    in salvage for about three years.  Then I bid on

19    the trucks from there.

20       Q.      So if I understand your history, you

21    cleaned for about a year, and then you went to

22    quality control?

23       A.      Yeah.  It was --

24       Q.      How long were you in quality

1    control?

2            A.      Three years.  About three years.

3            Q.      What did they have you do in quality

4    control?

5            A.      More or less if they had any

6    products and stuff like bad cans, stuff like

7    that, I would go out and -- you know, I would go

8    out with another -- their employees to look at

9    bad cans and stuff like that and sort through

10   them as well as pick them out at the plant.

11           Q.      And then the next position, you were

12   in salvage, or is that part of --

13           A.      That's part of salvage.

14           Q.      -- quality control?

15           A.      Right.

16           Q.      And at that point, you'd been on the

17   trucks?

18           A.      Yeah, I've been on trucks.

19           Q.      These are forklift trucks that

20   you're bidding on?

21           A.      Yes.

22           Q.      And you wanted to drive one of the

23   forklift trucks?

24           A.      Yes.

1    Q.    Do you recall what year this might

2    have been?

3    A.    I can't say.

4    Q.    Do you recall how old you were when

5    you bid on the forklift truck?

6    A.    Man, you're talking... I'm 55 now.

7    Just to say the date, you know, everything is

8    kind of -- I couldn't tell you, you know, I

9    couldn't just say -- give a fair...

10    Q.    When you bid on the forklift truck

11    job, did you get it?

12    A.    Yes, I did.

13    Q.    Any other jobs since that time?

14    A.    (No response.)

15    Q.    Any other positions in the plant

16    besides driving the forklift?

17    A.    What are you talking about?  After?

18    Then I went to the coil room.  It's a place where

19    they have these big coils, and you cut them up.

20    Q.    Back to the forklift truck job, what

21    was your job duties there; what were you supposed

22    to do?

23    A.    I unloaded trucks.  At one time, the

24    company had -- they didn't have individual people

31

1    just driving the trucks.  They had just consigned

2    one group of people to be truck drivers.  Do you

3    understand what I'm saying?

4              And then, you know, I'm saying that

5    they didn't -- say a guy, if he ran a seamer or

6    something like that, he couldn't get up on the

7    truck.

8              Q.    So if I understand you correctly --

9    and, please, correct me if I'm wrong here -- at

10   this time, they have forklift operators, and

11   that's their only job is to operate the

12   forklifts?

13             A.    Right.

14             Q.    And if you work on a seamer feeder

15   or some other piece of equipment, you're not

16   allowed to get up on the forklift?

17             A.    Right.

18             Q.    You have to wait for a forklift guy

19   to come and do the forklift part of your job?

20             A.    Right.

21             Q.    So at this time, you were the one

22   who was driving the forklift?

23             A.    Yes.

24             Q.    And how long did you do that

32

1          A.     Luther Smith.

2          Q.     How long was Luther Smith your

3    supervisor in the coil room?

4          A.     Luther held the position for about

5    seven years.

6          Q.     Do you recall how long you were in

7    the coil room?

8          A.     About seven years.

9          Q.     So the entire time you were in the

10   coil room, you had just two supervisors?

11         A.     Yes.

12         Q.     Luther Smith, and then this person,

13   Ell?

14         A.     Yes.

15         Q.     Was Luther Smith -- was he the day

16   shift supervisor?

17         A.     Yes.

18         Q.     And Ell was also a day shift

19   supervisor?

20         A.     Yes.

21         Q.     Any relatives employed by BWAY

22   during your tenure there?

23         A.     No.

24         Q.     Mr. Williams, what did you do in the

36

ON-TIME REPORTING

1    coil room; what was your job there?

2    A.    I was the operator.  I more or less

3    cut metal up and stuff like that and band them up

4    and put them in the certain area for the people

5    that coated the plate.

6    Q.    I'm still not sure exactly what you

7    would do.

8    A.    What I would do?

9    Q.    Yes.  What would you do in the coil

10   room as the operator?  Would these big bands of

11   coil metal come into the plant?

12   A.    Yeah, big cans of -- big rolls of

13   coil.

14   Q.    This is coil steel?

15   A.    Yes -- will come in, and I would --

16   if the truck driver wasn't around, sometimes I

17   would put them on the spool, you know, stuff like

18   that.

19   Q.    And the spool helps feed --

20   A.    Feed the coil.

21   Q.    -- the roll of coil to a machine?

22   A.    Right.  I would take the sheet and

23   thread it through the machine, and I would set up

24   the cut and stuff like that.  You know, like

37

1    someone else from another department come and

2    collect them?

3        A.    We would take them to an area that

4    -- you know, that -- well, a truck driver would

5    pick them up, and we'd take them to the area

6    sometimes for the truck driver; but the truck

7    driver would put the load away for us, you know,

8    give them to Plant 9 so they can code them.

9        Q.    Would you ever have occasion to

10   operate a forklift truck to move those pieces of

11   stamped metal to where they needed to be, Plant 9

12   or whatever?

13       A.    I've did it, yes, I have.

14       Q.    What type of fork lift truck would

15   be used to move those cut pieces?  Would it be a

16   30-pound truck or a smaller --

17       A.    A smaller forklift.

18       Q.    It would be a 5,000- or 10,000-pound

19   truck?

20       A.    I'm not sure about the weights on

21   the truck, but...

22       Q.    How often would you help out and

23   would you do that part of it where you actually

24   physically move these stamped pieces of metal

45

1      help make the plant safe, you know.

2              Q.    Did you ever offer any suggestions

3      to the safety committee to make the plant more

4      safe?

5              A.    No, I didn't make any suggestions,

6      no.

7              Q.    Did you ever take any issues to the

8      safety committee?

9              A.    No.

10             Q.    Are you aware of the grievance

11     process that's in place with the Steel Workers

12     Union there at BWAY?

13             A.    Come again?

14             Q.    Are you aware of the grievance

15     process -- the grievance procedures?

16             A.    Yes.

17             Q.    Have you ever filed any grievances

18     before?

19             A.    Yes.

20             Q.    Or any grievances filed on your

21     behalf, I should say?

22             A.    Yes.

23             Q.    What were some of those for; do you

24     recall any of those?

1          A.    Been mainly pertaining to me and my

2    job or something like that as far as getting a

3    job.  I had a hard time trying to -- at one time,

4    they had -- it was a colored thing, you know.

5          Q.    So you thought you were being

6    discriminated against at one time?

7          A.    Yes.

8          Q.    And you filed a grievance related to

9    that?

10          A.    I filed a grievance related to that,

11    right.

12          Q.    Was there anybody that was treating

13    you unfairly or that you thought was treating you

14    unfairly, any particular individual?

15          A.    Well, yeah.  I didn't -- I thought

16    the company was treating me unfair, and they

17    corrected that by giving me that job.

18          Q.    So it was the company as a whole; it

19    wasn't any particular individual?

20          A.    Every job I've -- I'd say, not every

21    job, but the jobs that mounted up to money and

22    stuff like that, I think I had a hard time.

23               The guys would -- didn't want me to

24    have -- like the forklift job, it carried more

51

ON-TIME REPORTING

1       you know, he knew where I was coming from, and I

2       was still working and stuff like that.  So it

3       kind of worked out, and he became an all right

4       foreman.

5              Q.    So there was no animosity between

6       you and Mr. Smith in 2000?

7              A.    No.

8              Q.    So whatever differences you had with

9       him, you'd worked them all out?

10             A.    Yes.

11             Q.    Recall any other grievances that you

12      might have filed besides those two?

13             A.    I'm sorry, sir.  I just...

14             Q.    Just to the best of your

15      recollection.  There may be something you forgot

16      about, and that's fine, but just to the best of

17      your recollection.

18             A.    I don't recall.  There might have

19      been some things that happened along the way that

20      I filed a grievance on.  You know, it wasn't

21      anything like -- I didn't have conflict with some

22      people out there.

23             Q.    Could you file a grievance for

24      safety concerns, things involving safety?

1    Q.    The 30-pound trucks on the coil room

2    side?

3    A.    Right.  And the large trucks would

4    take a different amount of gas, you know, to

5    run.  You know, they would -- and a bigger tank.

6    Q.    How many times have you changed the

7    tank on a forklift truck?

8    A.    (No response.)

9    Q.    Hundreds?

10    A.    Just -- I would say hundreds, right.

11    Q.    Just so I'm clear on the chronology

12    of your history of work at BWAY, were you in the

13    fork truck driving corps -- were you there for 16

14    years, and then you were in the coil room for an

15    additional seven years?

16    A.    Yes.

17    Q.    So you spent 16 years just driving a

18    fork truck?

19    A.    Yes.

20    Q.    And then when you were in the coil

21    room, you would work the machines, being an

22    operator, and you would occasionally drive the

23    trucks?

24    A.    Yes.  Now, I'm not quite sure.  It

66

ON-TIME REPORTING

1          Q.    -- on regular days?

2          A.    Right.

3          Q.    There may be more pedestrian

4    activity around the plant?

5          A.    Right.

6          Q.    With people going around and

7    counting?

8          A.    Right.

9          Q.    And most of the fork trucks are idle

10   that day?

11         A.    Most of them are.  Just the ones

12   that -- say you have to pick up a load and get a

13   count on the product, might be mixed up or

14   something like that.

15         Q.    You might have to move a load to get

16   to another load --

17         A.    Right.

18         Q.    -- to inventory that load?

19         A.    Right.

20         Q.    When did you arrive that day; do you

21   recall what time you started work?

22         A.    I started about -- I started at

23   7:00.

24         Q.    7:00 in the morning?

1          A.    Yes, and everybody met in the

2    cafeteria.

3          Q.    That was your normal starting time

4    that day; is that what time you're supposed to

5    work?

6          A.    Yes.

7          Q.    How long were you supposed to be

8    there that day?

9          A.    I wasn't aware of how long I was

10   going to be there.  Usually, sometimes it ends

11   fast.  It depends on how things run, you know.

12   If we can get everything out, you know, all the

13   counts and everything, you know, sometimes we can

14   leave early.  You know, sometimes we work late.

15         Q.    Is there an incentive program for

16   inventory day; is there like incentive pay, or do

17   you get anything extra that you wouldn't normally

18   get?

19         A.    Yes.  It's like overtime.

20         Q.    And when you met in the cafeteria,

21   who met there?

22         A.    All the guys working -- majority of

23   them were company personnel, and they were

24   discussing things like, well, pizza.  Pizza was a

121

1    -- my job was over in the coil room, and Ralph

2    came and asked me did I want to work.

3         Q.    I understand.

4         A.    So I volunteered.

5         Q.    I'm just now talking about inventory

6    day.

7         A.    I apologize.

8         Q.    I'm talking about inventory day.

9         A.    Do I work with them people all the

10   time?

11        Q.    No, no.  The question was, that day,

12   were you assigned to work with Allen -- were you

13   assigned to work with him just that day counting

14   inventory?

15        A.    Right.

16        Q.    Was there anyone else you were

17   assigned to work about with besides Allen?

18        A.    There was another guy there, but I

19   can't say.  I want to say Wink.  They called this

20   guy Wink, but I don't know.  And Jeff might have

21   been there.

22        Q.    So your group was assigned to a

23   certain part of the plant to inventory?

24        A.    Well, what I was doing was the plate

1    they had in assembly.

2         Q.    So it was your responsibility, along

3    with maybe some other folks, to count the plate

4    in the assembly area?

5         A.    Right.

6         Q.    Where is the plate kept in the

7    assembly area?  You mentioned before the

8    restrooms.  Where in relation to the restrooms

9    was the plate?

10        A.    The plate was... it was kept in an

11   area up front of the body makers.  By the body

12   makers, I mean, machinery.  They had the plate on

13   the side of them.  Say like you had -- this one

14   machine might have ran a certain size plate, then

15   you had another machine might have had a run on

16   another size plate; and all this plate was parked

17   up in the front of the machine.  (Indicating.)

18        Q.    So if I'm walking out of the

19   restroom, that's in front of me, right?

20        A.    If you're walking out of the

21   restroom, you wouldn't see this.  (Indicating.)

22        Q.    Would I have to walk forward or

23   would I have to --

24        A.    This was -- okay.  You got a piece

124

1           A.     Right.

2           Q.     You then walk back and, presumably

3      with your group of people, you go back to the

4      plate area where the plate is kept, correct?

5           A.     Right.

6           Q.     And then you start inventorying the

7      plate, correct?

8           A.     Right.

9           Q.     At what point did you need to use

10     the forklift; was it right away as soon as you

11     got there?

12          A.     Well, yeah.  It was -- you know, we

13     was supposed to count -- pick up a load, and I

14     didn't want to go and just go ahead and pick up

15     that load and run out of gas.

16          Q.     So as soon as you got back there,

17     you saw that you were going to need to use a fork

18     truck, right, as soon as you got back to this

19     area?

20          A.     Yeah.  I knew we was going to have

21     to use a forklift to move the loads from up --

22     you know, say you got a load stacked on top of

23     loads, and you have to lift them up to count the

24     loads, you know.  Sometimes you have to -- you

1    know, you couldn't get to the ticket, you know,

2    on the load.

3         Q.    Did you start using the fork truck

4    before you went to go refuel it; did you start

5    using it?

6         A.    I started using it, right.

7         Q.    So you started using the fork truck

8    to move loads around?

9         A.    Right.

10        Q.    You were using it for a while, and

11   then noticed that it needed to get refueled?

12        A.    There was a red light that comes on

13   that gives you so many seconds before you get to

14   the...

15        Q.    Before it stops?

16        A.    Yeah, before it cuts off.

17        Q.    So you're here with your group of

18   people.  Are you the only one using the fork

19   truck that morning or are you taking turns?

20        A.    At that time, I was the only one

21   using it, right.  Yeah, I guess they had other

22   forklifts there that guys were using.

23        Q.    There were other forklifts in this

24   area, too?

ON-TIME REPORTING

1        A.    Right.

2        Q.    Was Allen using a forklift truck,

3    Allen Artis?

4        A.    No.

5        Q.    He was working with you --

6        A.    He was working with me.

7        Q.    So when you first arrived on the

8    scene, did you inspect this fork truck to make

9    sure everything worked when you first got there?

10       A.    When I first got there, I wasn't --

11   I wasn't -- this is not an area that I worked in

12   all the time, you know.

13       Q.    Right.

14       A.    I just more or less, you know, knew

15   we was gonna have to use the forklift, you know.

16       Q.    I understand.

17       A.    When I got out on the forklift to

18   move the load and the light came on, so I said

19   I'm going to get some gas for the forklift.

20       Q.    How long were you using the forklift

21   truck before the light came on?

22       A.    We wasn't using it.

23       Q.    So it came on right away?

24       A.    Right.

1      Q.    Did any member of management know

2   that you were going take that fork truck and take

3   it to be refueled?

4      A.    No.

5      Q.    Did you proceed directly to the fuel

6   storage area?

7      A.    Right.

8      Q.    You didn't make any stops anywhere?

9      A.    No, because if I did, I probably

10   would have been carrying something.

11      Q.    Any reason why you went to that

12   particular storage rack as opposed to the one in

13   the coil room or the other ones that were in the

14   plant?

15      A.    Because it was closer.

16      Q.    And that was your decision, to use

17   the closest one?

18      A.    Yes.

19      Q.    No one told you to use that

20   particular storage rack to refuel the fork truck?

21      A.    Well, it would just be the way that

22   they had the situation where assembly -- that's

23   what assembly used all the time.  They didn't go

24   over to the coil room and use ours.


132

1        Q.    So since you were over in assembly,

2   you decided to use the storage rack that was in

3   assembly?

4        A.    Right.

5        Q.    Were you on any medications that

6   day?

7        A.    No.

8        Q.    Had you drank any alcohol that day?

9        A.    No.

10       Q.    Had you used any alcohol or drugs

11  within the 24-hour period prior to the accident?

12       A.    I never took a drink in my life.

13       Q.    What about glasses; do you wear

14  glasses?

15       A.    No.

16       Q.    Contacts?

17       A.    No.

18       Q.    Any health problems that day?

19       A.    No.

20       MR. ALLEN:  Before he got crushed?

21       Q.    Did you see Bob Francia at all on

22  your way from this area here to the door?

23       A.    No.

24       Q.    Did you know Bob Francia?

1          A.    Yes.

2          Q.    Did you ever see him operate a fork

3    truck?

4          A.    Other than driving in that area that

5    they were assigned to, that area they call

6    salvage, I seen him drive over in there.

7          Q.    Did you ever see any unsafe

8    operation on his part?

9          A.    I can't say I did, no.

10         Q.    Did you ever see any accidents

11   involving Mr. Francia with his fork truck?

12         A.    No.

13         Q.    What about any near misses; any near

14   misses?

15         A.    No.

16               MR. ALLEN:  Same question, see or

17         heard about?

18         Q.    See.  Did you witness any?

19         A.    Did I witness any?  No.

20         Q.    Did you have any concerns about Mr.

21   Francia's driving based on your personal

22   observations of Mr. Francia's driving?

23         A.    No, I didn't.

24         Q.    Any discussions with anyone at the

1          Q.    Mr. Williams, you were kind enough

2     to draw for us a very nice diagram of how your

3     fork truck was located while you were out

4     attempting to refuel your fork truck.  We'll go

5     ahead and mark this as Exhibit 15.

6                (Defendants' Exhibit No. 15 was marked

7          for identification.)

8          A.    You've got that upside down.

9          Q.    So if I understand correctly, your

10    fork truck is parked besides the L.P. storage

11    rack?

12         A.    Right.

13         Q.    And your forks are pointed towards

14    the --

15         A.    Towards the -- like, this is -- this

16    is, you know, where the ramp is at going down the

17    ramp.  (Indicating.)

18         Q.    So your forks are pointed towards

19    the dumpster?

20         A.    Right.

21         Q.    And the counter weight is pointed

22    towards the railroad tracks, correct?

23         A.    Right.

24         Q.    And you're more diagonal than you

145

ON-TIME REPORTING

1          A.      (Witness complies.)

2          Q.      Put a 4 here next to the door, the

3    little door.

4          A.      (Witness complies.)

5          Q.      Kind of take me through the process

6    of what you were doing and then what happened

7    next.

8          A.      I took the gas tank off of the rack,

9    and I was starting to put the tank -- screw the

10   tank -- the nozzle onto the truck attachment for

11   putting the gas on.  I done that.

12                 I started -- well, as soon as I

13   started doing that, (indicating) somebody hit

14   me.  Bob hit me and pressed me up against this

15   area here (indicating).

16         Q.      Where were you at when Bob's fork

17   truck hit you?  If you could, just draw a stick

18   figure of you.

19         A.      (Witness complies.)

20         Q.      Are you between the cage and the

21   fork truck?

22         A.      No.

23         Q.      You were directly behind the fork

24   truck?

1        A.    I'm exactly where she's typing at.

2        Q.    You're exactly where the court

3    reporter is?

4        A.    Right.

5        Q.    And did you at any point do anything

6    between the rack and your fork truck in this

7    area?

8        A.    No, other than walk over there and

9    then walk behind the forklift and put the tank

10   on.

11       Q.    I guess you took off the old tank

12   first?  Is that what you did first?

13       A.    Right.

14       Q.    Which side are you on; are you on

15   the side closest to the cage or away from the

16   cage or right behind it?

17       A.    I'm on this side (indicating).

18       Q.    And you take it off?

19       A.    Right, and I put the empty tanks on

20   the same rack.

21       Q.    And then you take a new tank out,

22   and you start putting the new tank on?

23       A.    Right.

24       Q.    Had you finished putting the new

149

1   was my pelvis area, you know, when he broke my

2   pelvis.

3        Q.    Before the impact, did you hear his

4   fork truck at all coming up?

5        A.    No.

6        Q.    Did you see his fork truck at all --

7        A.    No.

8        Q.    -- either picking up a load or

9   dropping off a load or coming around the corner?

10        A.    No.

11        Q.    Did you hear the backup alarm?

12        A.    No.

13        Q.    And his fork truck was pointed away

14   from you, correct, so he would have been backing?

15        A.    Right.  He was backing.

16        Q.    What part of his fork truck struck

17   what part of your body?

18        A.    His back end of his forklift.

19        Q.    The counter weight part?

20        A.    Right, the counter weight pressed me

21   up against my counter weight.

22        Q.    Were you standing straight up

23   whenever his fork truck hit you?

24        A.    When he jolted me, I went for my

151

ON-TIME REPORTING

1    hat, and it moved me this way. And this is how I

2    was (indicating). I was telling him get back on

3    the forklift. Move the forklift. And he says,

4    I'm going to get help. I'm going to get help.

5                    I said, Bob, move the forklift, move

6    the forklift; and he just went off. And then I

7    don't -- I'm -- I have so many concepts of who

8    moved the forklift off of me. The last two

9    people I saw going out the door were Noe and his

10   wife. They was sitting there doing something.

11          Q.    When you were first on the dock

12   here, was there anybody around you?

13          A.    No, nobody.

14          Q.    So there was no one out there but

15   you?

16          A.    No.

17          Q.    And then Bob's --

18          A.    They tell me today they don't know

19   who moved the forklift off me. It's like I

20   hear it was Ralph, and then all of a sudden, no,

21   he didn't do it. And I thought it was Noe for a

22   long time, and I had a lot of animosity towards

23   him, and I grew real fond of him. I fell in love

24   with Noe.

ON-TIME REPORTING

1    know...

2         Q.    Are you aware of anyone being

3    injured in this particular location, any injury

4    at all, someone injured right out here in this

5    dock area next to the storage rack?

6         A.    No.

7         Q.    In the 31 years you worked there,

8    anyone injured at this site?

9         A.    No.

10        Q.    Are you aware of any complaints

11   about visibility in this area, that people had a

12   hard time seeing around this corner or around the

13   other corner?

14        A.    No.

15        Q.    Did you ever complain about

16   visibility in this area the times you went

17   through there?

18        A.    No, I haven't.

19             (Defendants' Exhibit No. 14 was marked

20             for identification.)

21        Q.    Let me go ahead and show you what

22   we'll mark as Defendant's Exhibit 14, slightly

23   out of order.  Can you identify what's depicted

24   in this photograph for me?

1          complained about.

2          A.    I don't know about that.  They might

3     have; but like I said, the rack isn't there

4     anymore.  That isn't the rack that was there.

5          Q.    Let's assume, for instance, that's a

6     different rack that was there in 2000 than the

7     rack that's depicted in Exhibit 12.  Are you

8     aware of any employees who complained about the

9     rack being there at this location?

10         A.    No.

11         Q.    Are you aware of any safety concerns

12    raised by anybody about the location of this

13    storage rack or at least the one that existed in

14    2000?

15         A.    No.

16         Q.    Are you aware of anyone being

17    injured while in the process of changing their

18    fuel tank?

19         A.    No.

20         Q.    Are you aware of any complaints to

21    management about the refueling process at all,

22    any complaints whatsoever about refueling the

23    fork trucks?

24         A.    At one time, I was aware of -- that

1    -- they had a thing where they refueled the tanks

2    themselves and that the company had some tanks on

3    the side, and I was aware of that.  This is when

4    I -- around the 70's.

5           Q.    Were those complaints, though, or

6    were they just different procedures?

7           A.    It was just a maintenance man that

8    filled the tanks up and stuff like that, and then

9    they start leasing it out.  You know, the guys

10   would bring tanks and fill them up with propane.

11          Q.    So are you aware of any complaints

12   made to management about the process of

13   refueling?

14          A.    No.

15          Q.    We've talked about other fork truck

16   accidents involving hitting pedestrians.  Have

17   you told me every accident that you recall where

18   a fork truck might have struck a pedestrian,

19   every accident that you heard about or was a

20   party to?

21          A.    Well, mainly, I was telling you

22   about the ones that I had.  You know, I didn't --

23   I didn't go into details about other people.

24          Q.    You told me about the accident you

162

ON-TIME REPORTING

1    had with Nancy Gross where she was bent down and

2    you couldn't see her and you bumped her with your

3    fork truck.  That was the only one you were

4    involved in, correct?

5         A.    Yes.

6         Q.    Were there other fork truck

7    accidents at the plant at any time that you were

8    aware of involving a fork truck and a pedestrian?

9         A.    No, I can't say other than hearsay.

10        Q.    So your accident was in 1989 with

11   Ms. Gross, correct?

12        A.    Right.  Yeah, right.

13        Q.    Have you heard about any accidents

14   involving a pedestrian and a fork truck since

15   1989, just heard about stuff in the plant?

16        A.    No.

17        Q.    Did you file any grievance related

18   to your injury or the way you were injured?

19        A.    Did I?

20        Q.    Yeah.

21        A.    No, I didn't.

22        Q.    What is the complaint procedure for

23   safety concerns at the plant?

24        A.    Go to your foreman and tell him that

163

1   you think something is unsafe, you know, and that

2   -- you know, you point it out to him, and he goes

3   from there trying to, you know, fix the matter

4   or...

5       Q.    Aside from going to your foreman,

6   are there any other ways to raise a concern about

7   safety?

8       A.    I was -- pertaining to things that I

9   would do myself, and -- you know, I don't make a

10  whole lot of complaints to other people, you

11  know, other than my foreman, or if it was

12  something pertaining to my foreman and me, then I

13  go to personnel.

14      Q.    Had you ever raised a safety concern

15  with your foreman and then had to go to personnel

16  with the same safety concern?

17      A.    No.

18      Q.    Do you recall raising any safety

19  concerns to your foreman, anything at all?

20      A.    No.

21      Q.    Do you recall raising a concern with

22  any safety reps or anybody on the safety

23  committee?

24      A.    No.


164

ON-TIME REPORTING

1          A.      Right.

2          Q.      Any other instances you recall where

3    you were told by management to do something you

4    thought was unsafe?

5          A.      I can't think of anything right now,

6    no.

7          Q.      Can you refuse to do a job if you

8    believe it's unsafe?

9          A.      I guess you could refuse, but I

10   never ran into that myself.

11         Q.      So in your 31 years, that

12   circumstance never presented itself to you?

13         A.      No, it didn't.

14         MR. BLACK:   Off the record.

15         (Off-the-record discussion.)

16   BY MR. BLACK:

17         Q.      Mr. Williams, did you contact OSHA

18   after your accident?

19         A.      No, I didn't.

20         Q.      Did you take any photographs of the

21   area after your accident?

22         A.      No.

23         Q.      What about get any written

24   statements from other employees or witnesses, did

166

ON-TIME REPORTING

1    nor is the court reporting firm with which I am

2    affiliated, under a contract as defined in Civil

3    Rule 28(D).

4         IN WITNESS WHEREOF, I hereunto set my hand

5    and official seal of office at Cincinnati, Ohio,

6    this 10th day of November, 2003.

7

8                                        _____

9    My commission expires:              Kelly Green

10   August 9, 2004              Notary Public/State of Ohio

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1    They put two bands on the load, they put a band

2    around one end, and then they run another band

3    around the other end.

4         Q.    And that's to make it safe?

5         A.    More safer to carry, right.

6         Q.    And also to protect the product

7    itself?

8         A.    Protect the people, too.

9         Q.    Based on your years of service with

10   Heekin, Milton Can Company, BWAY, have you found

11   the company to be safety conscious?

12        A.    In the last, I'd say, 15 to 14

13   years, I'd say yeah.

14        Q.    That they have been looking to

15   improve their safety record?

16        A.    Right.

17             (Defendants' Exhibit No. 7 was marked

18             for identification.)

19        Q.    Let's go ahead and show what you

20   I've marked as Exhibit 7 to your deposition, and

21   this relates to the incidents in the mid 80's.

22   If you will, please, take a look at that.  I'll

23   ask you if you've seen that before.

24        A.    (Examining document.)  Yes.

ON-TIME REPORTING

1          Q.    So you had some complaints about

2     that?

3          A.    Yes.

4          Q.    What about forklift operations or

5     the forklifts themselves, any complaints about

6     the fork trucks being unsafe other than if a

7     safety feature wasn't working at the time?

8          A.    No.

9          Q.    What about complaints about forklift

10    operation in the plant; ever complain about

11    forklift operation?

12         A.    No.

13         Q.    What about complaints about a

14    particular driver operating a forklift; did you

15    ever make any complaints about a particular

16    driver?

17         A.    No.

18         Q.    Did anyone ever complain about your

19    driving, other than what we already looked at in

20    some of these exhibits?

21         A.    I'm pretty sure, like, there were

22    complaints maybe, you know.  I don't know who

23    made them and all that.

24         Q.    About your driving?

1      A.    I'm just saying, you know, since you

2  got the -- you showed that on that record thing.

3      Q.    What?

4      MR. ALLEN:  Anything you know about.

5      A.    No.

6      Q.    Let's talk the day of the accident.

7  I understand that that wasn't a typical day for

8  you, correct?

9      A.    No, it wasn't.

10     Q.    That was an inventory day?

11     A.    Ralph asked me would I come in and

12  work.

13     Q.    This is Ralph Briggs?

14     A.    Yes.

15     Q.    What was his position at the time?

16     A.    I think Ralph was a general foreman.

17     Q.    Now, was he over Luther Smith, if

18  you know, or what was his relationship to Luther

19  Smith?

20     A.    At the time, Luther was over there

21  with him and got Ell -- his name was Ell.  His

22  name was something else, but I called him Ell.

23     Q.    So Ell was your supervisor at the

24  time in the coil room?

116

ON-TIME REPORTING

1       A.    Yes.

2       Q.    What relation to Ralph Briggs was

3    Ell; was he above Ell or equal to Ell?

4       A.    He was just -- he wasn't -- he had

5    just got there really when they took Luther over

6    there on the other side.

7       Q.    So Luther went over and worked for

8    Ralph?

9       A.    Right.

10      Q.    And Ralph, you said, was a general

11   foreman?

12      A.    Yes.

13      Q.    And when did he ask you to work

14   inventory day?

15      A.    When did he ask me?

16      Q.    When did he ask you?

17      A.    When did he ask me?  He asked me

18   that Friday would I come in and work on inventory

19   with him, and I said okay.

20      Q.    Had you worked inventory the day

21   before?

22      A.    I worked inventory about four or

23   five times.

24      Q.    What is inventory day; what is that

117

1    different areas really.  You had assembly, you

2    had punch press, and you had packaging, and you

3    had the warehouse.

4        Q.    And these people would go around,

5    and would they have handheld devices where they

6    punch in numbers, or would they take tickets, or

7    how would they keep track of the inventory?

8        A.    Write it down.  Just write it down.

9    Now, you have tickets you would pull off the

10   loads and, you know, that would tell you how many

11   loads of plate that was in the load.  And you

12   would -- say you had one load that was 30,000,

13   and then you have one load that might have had

14   only 15 sheets in the load, you know.

15       Q.    So the tickets would tell you what's

16   on the pallet without having to go and count

17   everything; is that fair?

18       A.    That's right.

19       Q.    And how often does inventory day

20   occur?  Is it once a year --

21       A.    Once a year.

22       Q.    As I understand it, there isn't as

23   much fork truck traffic on inventory day as --

24       A.    Right.