IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| HENRY L. WILLIAMS, | ) | Case No. C-1-02-533 |
| Plaintiff, | ) | |
| | ) | Judge Beckwith |
| v. | ) | |
| MILTON CAN COMPANY, INC., and | ) | NOTICE OF MANUAL FILING OF |
| BWAY MANUFACTURING, INC. | ) | DEPOSITION TRANSCRIPTS |
| Defendants. | ) | |

Please be advised that Defendants, Milton Can Company, Inc., and BWAY Manufacturing, Inc., are filing the Notice of Manual Filing of Deposition Transcripts of Henry L. Williams Dated October 30, 2003, Robert Francia, Dated April 1, 2004, Charles Kobmann Dated October 28, 2003, Gregory Jahnigen Dated October 28, 2003, and Ralph Briggs Dated October 27, 2003.

Respectfully submitted,

_____
J. L. Sallee, Jr. (0030437)
David D. Black (0063715)
DINSMORE & SHOHL
1900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202
Trial Attorneys for Defendants
Milton Can Company, Inc. and
BWAY Manufacturing, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served by electronic filing and ordinary U.S. Mail upon Plaintiff's attorneys, William P. Allen and Patrick W. Allen, CASPER & CASPER, One North Main Street, P.O. Box 510, Middletown, Ohio 45042, this 12th day of October, 2004.

David D. Black

#1061621