```
 1
 2
 3
 4
 5                  UNITED STATES DISTRICT COURT
 6                   SOUTHERN DISTRICT OF OHIO
 7                        WESTERN DIVISION
 8                            - - -
 9
10   HENRY WILLIAMS,                :
                                    :
11             Plaintiff,           :
                                    :
12   vs.                            :   CASE NO. C-1-02-533
                                    :
13   MILTON CAN COMPANY, INC. and   :
     BWAY MANUFACTURING,            :
14                                  :
               Defendants.          :
15                                  :
16                            - - -
17                         DEPOSITION
18   of GERALD HANIFEN, taken before me, Kathy J. Nicholson,
19   Registered Professional Reporter and Notary Public in and
20   for the State of Ohio at large, as on cross-examination,
21   at the Hampton Inn, 858 Eastgate North Drive, in the City
22   of Batavia, County of Clermont, and State of Ohio, on
23   Monday, the 27th day of October, 2003, beginning at 12:55
24   o'clock, p.m.
25                            - - -
```

Charlene E. Nicholas & Assoc., Inc.
111 Briar Heath Circle, Dayton, OH  45415-2601
Phone:  (937)  277-8512      Fax:  (937)  275-817



EXHIBIT F

```
 1    APPEARANCES:

 2        On behalf of the Plaintiff:

 3        WILL ALLEN, ESQ.
          CASPER & CASPER
 4        One N. Main Street
          P.O. Box 510
 5        Middletown, OH  45042

 6        On behalf of the Defendant:

 7        DAVID BLACK, ESQ.
          DINSMORE & SHOHL
 8        1900 Chemed Center
          255 East Fifth Street
 9        Cincinnati, OH  45202

10    ALSO PRESENT:  JOHN MCMAHAN

11                         - - -

12                  INDEX OF EXAMINATION

13    Name of Witness                              Page
      Gerald Hanifen
14
          Cross-Examination by Mr. Allen ..........  3
15

16                         - - -

17                   INDEX OF EXHIBITS

18                  NO EXHIBITS MARKED

19                         - - -

20

21

22

23

24

25
```

```
 1      Q.   Was that a verbal report?
 2      A.   Yes, the people come to me was verbal.
 3      Q.   Do you remember who those people were?
 4      A.   One was Wayne Pike.  The other one was Aubrey
 5   Luckey.
 6      Q.   Luckey?
 7      A.   Uh-huh.  L-u-c-k-e-y I think it is.
 8      Q.   I'd say if Bob missed him, he was lucky.  Were
 9   those both hourly employees?
10      A.   Yes, sir.
11      Q.   You were a union steward at that point?
12      A.   Yes, sir.
13      Q.   Did you take that on up the line, chain of
14   command?
15      A.   Yes, sir.
16      Q.   Who did you --
17      A.   I got ahold of Walt Ballantine.
18      Q.   Who was Walt Ballantine?
19      A.   He was not our production supervisor, but above
20   that.
21      Q.   Production manager?
22      A.   Manufacturing manager I think is what they
23   called him.
24      Q.   So he's a member of management?
25      A.   Yes, sir.
```

1   Q. Do you know what was ever done with that
2  complaint or concern?
3   A. When I talked to Walt, he removed Bob Francia
4  from the truck.
5   Q. Do you remember approximately when that was?
6   A. No, I couldn't say approximately when it was.
7   Q. It was before Jake's injury?
8   A. Yes.
9   Q. Do you know how long Bob was removed from the
10 truck?
11  A. Best I can remember, it was two days to a week.
12 Didn't last very long.
13  Q. You said you were the union steward. Are you
14 currently a union steward?
15  A. Yes, sir.
16  Q. How long have you been a union steward?
17  A. All but two years since 1979.
18  Q. Can you estimate whether this incident where Bob
19 was removed from the truck, was that more than a year or
20 less than a year before Jake got hurt?
21  A. I'd say it would be less than a year.
22  Q. Besides that incident, are you aware of any
23 other difficulties that Bob had in operating his fork
24 truck?
25  A. Yeah, there was one other incident involved

1  Wayne Pike also.
2      Q.  What happened with that?
3      A.  Wayne was back around the palletizer.  Bob came
4  down the aisleway and nearly hit Wayne.
5      Q.  Was that before or after the incident with Wayne
6  and Aubrey?
7      A.  Afterwards.
8      Q.  It was obviously more than two days, because Bob
9  was back on the truck?
10     A.  Right.
11     Q.  Wayne brought that to your attention?
12     A.  Wayne brought -- he brought this to his
13 supervisor's attention and mine also.
14     Q.  Who was the supervisor, do you remember?
15     A.  Kenny Parrot.  Ken Parrot just like the bird.
16     Q.  And do you know what Ken Parrot did with that
17 complaint or concern?
18     A.  Story I get he turned it -- report to HR which
19 is human resources.
20     Q.  So if I can get the timing down, sometime within
21 approximately a year before Jake got hurt, Bob almost
22 bumped Wayne Pike and Aubrey Luckey?
23     A.  Right.
24     Q.  Down by the salvage?
25     A.  Salvage area, right.

```
 1    thought it was time to set him down.
 2    BY MR. ALLEN:
 3         Q.   Did you actually tell Walt that?
 4         A.   Yeah, Walt did it.
 5         Q.   But I mean what did you tell Walt?
 6         A.   I said, "Get him off that truck."
 7         Q.   And did you explain why?
 8         A.   Yes, sir.
 9         Q.   What concern did you convey to him?  Did you say
10    he's going to hit somebody?
11         A.   I told him he almost hit two people, and I
12    didn't want to take a chance on someone else getting hurt.
13         Q.   Then after the second incident with Wayne, did
14    you actually have a conversation with anybody as union
15    steward?  You told me that Wayne went to Ken, his
16    supervisor.
17         A.   Right.
18         Q.   Did you actually have a conversation with any
19    member of management --
20         A.   No.
21         Q.   -- after that second one?
22         A.   No, I didn't.
23         Q.   Did Wayne tell you what he told Ken?
24         A.   Yeah.
25         Q.   What did he say?
```