04 OCT 21 PM 1:40

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| HENRY WILLIAMS | * | Case No. C-1-02-533 |
| Plaintiff, | * | Judge Beckwith |
| vs. | * | |
| MILTON CAN COMPANY, INC. and B-WAY MANUFACTURING | * | NOTICE OF MANUAL FILING OF DEPOSITION TRANSCRIPTS |
| Defendant. | * | |

................................................................

Please be advised that Plaintiff, Henry Williams is filing the Notice of Manual Filing of Deposition Transcripts of Walter Valentine dated September 23, 2004, Allen Artis dated October 28, 2003, and Gerald Hanifin dated October 27, 2003.

_____
William P. Allen (#0064046)
Casper & Casper
One N. Main St., Fifth Floor
P.O. Box 510
Middletown, OH   45042
(513) 424-1347
(513) 424-0622 – FAX
E-mail: wallen@casperlaw.com
Attorney for Plaintiffs

1

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing has been served upon Davis Black, Esq., DINSMORE & SHOHL, 1900 Chemed Center, 255 East Fifth Street, Cincinnati, Ohio 45202 by ordinary United States mail, postage prepaid, this 21st day of October 2004

                                            William P. Allen   #0064046
                                            Attorney for Plaintiff