IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| HENRY L. WILLIAMS, | ) Case No. C-1-02-533 |
| Plaintiff, | ) |
| v. | ) Judge Beckwith |
|  | ) AGREED ORDER |
| MILTON CAN COMPANY, INC., and BWAY MANUFACTURING, INC. | ) |
| Defendants. | ) |

Upon agreement of the parties and for good cause shown, IT IS HEREBY ORDERED that the deadline for the submission of Defendant's Reply Brief shall be November 22, 2004.

Dated: 11/16/04

_____
Judge Beckwith

AGREED TO BY:

_____
David D. Black, Esq.
DINSMORE & SHOHL LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202
(513) 977-8200
Trial Attorney for Defendant
Milton Can Company, Inc. and
BWAY Manufacturing, Inc.

Per telephone conference:
William Allen  11/10/04  by DDB
_____
William P. Allen, Esq.
CASPER & CASPER
One North Main Street
P.O. Box 510
Middletown, Ohio 45042
(513) 381-7096
Trial Attorney for Plaintiff