UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| HENRY WILLIAMS | * | Case No. C-1-02-533 |
| Plaintiff, | * | Judge Beckwith |
| vs. | * | |
| MILTON CAN COMPANY, INC. and B-WAY MANUFACTURING | * | MOTION FOR EXTENSION TO RESPOND TO DEFENDANT'S MOTION IN LIMINE |
| Defendant. | * | |

Plaintiff hereby requests an extension of time to respond to Defendant's Motion in Limine. Plaintiff is unable to respond to this matter due to the fact that Plaintiff's counsel was in depositions a majority of this week. Counsel for Defendant, David Black, was consulted and agrees to a brief extension until March 2, 2005 for Plaintiff to file their response. Accordingly, Plaintiff requests this Court to allow a brief extension to March 2, 2005 for their response.

_____
William P. Allen (#0064046)
Patrick W. Allen
Casper & Casper
One N. Main St., Fifth Floor
P.O. Box 510
Middletown, OH  45042
(513) 424-1347
(513) 424-0622 – FAX
E-mail: wallen@casperlaw.com
Attorney for Plaintiffs

_____ 2/25/05
David D. Black, Esq. /per tel auth
DINSMORE & SHOHL LLP
1990 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202
(513) 977-8200
Trial Attorney for Defendant
Milton Can Company, Inc. and
BWAY Manufacturing, Inc.

1