FILED

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

05 MAR 10 PM 4: 11

| | |
|---|---|
| HENRY L. WILLIAMS, | Case No. C-1-02-533 |
| Plaintiff, | |
| v. | Judge Beckwith |
| MILTON CAN COMPANY, INC., and BWAY MANUFACTURING, INC. | ORDER VACATING TRIAL DATE |
| Defendants. | |

Upon motion of the parties, the trial date currently set for April 25, 2005, is hereby vacated, along with the related deadlines. The parties shall mediate this case on or before May 20, 2005. The parties have agreed to use Henry (Steve) Stephens as the mediator. The Court understands that Plaintiff has filed for bankruptcy in the Southern District of Ohio and that any settlement must be approved by the Bankruptcy Court. The parties shall advise the Court of any tentative settlement and the status of this proceeding on or before May 31, 2005. If the parties are unable to resolve this case through mediation, the Court shall issue a new final pre-trial order when a new trial date is set.

Date: 3/10/05

Judge Beckwith

Copies to:

William P. Allen, Esq.
CASPER & CASPER
One North Main Street
P.O. Box 510
Middletown, Ohio 45042

David D. Black, Esq.
DINSMORE & SHOHL
1900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202