UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Henry L. Williams,
    Plaintiff

v.                          Case No. 1:02-cv-533

Milton Can Company, Inc.,
et al.,
    Defendants

**ORDER**

On March 10, 2005, all deadlines were vacated in this matter in order to explore mediation. The parties were ordered to report the result of the mediation no later than May 31, 2005. As of the date of this Order, no report has been filed.

Therefore, the parties are **ORDERED** to file a Joint Status Report of the result of the mediation no later than June 24, 2005.

Date: June 15, 2005                             s/Sandra S. Beckwith
                                                            Sandra S. Beckwith, Chief Judge
                                                             United States District Court