UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| HENRY WILLIAMS | * | Case No. C-1-02-533 |
| Plaintiff, | * | Judge Beckwith |
| vs. | * | |
| MILTON CAN COMPANY, INC. and B-WAY MANUFACTURING | * | **JOINT STATUS REPORT** |
| Defendant. | * | |

The parties respectfully report that the within claim has been tentatively settled pending approval of the settlement by the Federal Bankruptcy Court.

Counsel for the Plaintiff apologizes that a formal pleading was not filed, but counsel did leave a voicemail with Ms. Brown the day following the mediation.

Once the Bankruptcy Court approves the settlement the parties will file a dismissal with prejudice.

for _____ (0075235)
William P. Allen (#0064046)
Patrick W. Allen
Casper & Casper
One N. Main St., Fifth Floor
P.O. Box 510
Middletown, OH  45042
(513) 424-1347
(513) 424-0622 – FAX
E-mail: wallen@casperlaw.com
Attorney for Plaintiff

Per authorization (6/17/05)
David D. Black, Esq.
DINSMORE & SHOHL LLP
1990 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202
(513) 977-8200
Trial Attorney for Defendant
Milton Can Company, Inc. and
BWAY Manufacturing, Inc.

1