UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| HENRY WILLIAMS | * | Case No. C-1-02-533 |
| Plaintiff, | * | Judge Beckwith |
| vs. | * | |
| MILTON CAN COMPANY, INC. and B-WAY MANUFACTURING | * | **ENTRY OF DISMISSAL WITH PREJUDICE** |
| Defendant. | * | |

-----------------------------------------------------------------

All matters in controversy by and between the parties hereto, having been fully compromised and settled to the satisfaction of all parties, the within action is hereby dismissed, with prejudice.

Respectfully submitted,

CASPER & CASPER

_____
William P. Allen  (0064046)
Patrick W. Allen
One North Main Street
P.O. Box 510
Middletown, OH  45042-0510
(513) 424-1347  (phone)
(513) 433-0090  (fax)
wallen@casperlaw.com
Trial Attorney for Plaintiff(s)

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing has been served upon Davis Black, Esq., DINSMORE & SHOHL, 1900 Chemed Center, 255 East Fifth Street, Cincinnati, Ohio 45202 by ordinary United States mail, postage prepaid, this _11_ day of November 2005.

_____
William P. Allen    #0064046
Patrick W. Allen
Attorneys for Plaintiff