*Office of the Clerk*
*United States District Court*
*103 Potter Stewart U.S. Courthouse*
*100 East Fifth Street*
*Cincinnati, Ohio  45202*
*513/564-7520*

July 18, 2006

All Counsel

      *RE:   1:02-cv-533 Williams v Milton Can Company*

      As you are aware, the above captioned was closed on November 11, 2005.  Therefore, should you choose to retrieve any depositions filed on behalf of your client, please do so by July 24, 2006.  **Please call me to make arrangements**.  Any depositions not retrieved by this date will be discarded.

      Sincerely,


      s/Mary Brown
      Mary Brown
      Case Manager to Judge Beckwith

cc:  File